UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAY LEE JONES, on behalf of himself and all
others similarly situated,

Plaintiffs,

-against-

KAMAKURA SHIRTS NEW YORK CO., LTD.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/19/2025

25 Civ. 8419 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated October 15, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by December 15, 2025. *See* ECF No. 5. Those submissions are now overdue. Accordingly, by **January 15, 2026**, the parties shall submit a joint letter and proposed case management plan. Plaintiffs are reminded that, pursuant to ¶ II.B of the undersigned's Individual Practices in Civil Cases, "[i]f defense counsel has not appeared at least one week prior to the deadline for these submissions, plaintiff[s'] counsel is directed to submit a letter requesting an adjournment and informing the Court of the status of defense counsel's appearance and whether plaintiff intends to seek a default judgment."

SO ORDERED.

Dated: December 19, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge