USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/9/2026___

# STEIN | SAKS, PLLC

^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 8, 2026

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York

> **Re:   Jones v. Kamakura Shirts New York Co., LTD**
> **Case #: 1:25-cv-08419-AT**

Dear Judge Torres:

We represent the plaintiff in the above matter.  We write to respectfully request that the joint letter and proposed case management plan currently due on January 15, 2026 be adjourned because Defendant Kamakura Shirts New York Co., LTD has not made an appearance or reached out to Plaintiff.

Defendant has been successfully served and Plaintiff intends on filing for a Certificate of Default against Defendant.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Rami M. Salim*
Rami M. Salim, Esq.

GRANTED.  The January 15, 2026, deadline for the parties to submit a joint letter and proposed case management plan is ADJOURNED *sine die*.  If Plaintiff wishes to move for default judgment, then, by **January 16, 2026**, Plaintiff shall serve a copy of the summons and complaint on Defendant via the New York Secretary of State, in compliance with N.Y. Bus. Corp. Law § 306.  By **February 20, 2026,** Plaintiff shall file its papers in support of default judgment in accordance with Attachment A of the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated:  January 9, 2026
       New York, New York

ANALISA TORRES
United States District Judge