

## STEIN | SAKS, PLLC

^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/26/2026___

February 20, 2026

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York

RE:    *Jones v. Kamakura Shirts New York Co., LTD*
        Case No. 1:25-cv-08419-AT

Dear Judge Torres:

Pursuant to the Order entered on January 9, 2026, Plaintiff submits the within request.

Plaintiff served a copy of the Summons and Complaint on Defendant via the New York Secretary of State on January 15, 2026. Plaintiff wanted to allow Defendant time to receive the paperwork prior to filing for a default judgment. Plaintiff requests one (1) week to file for a Clerk's Certificate of Default against the Defendant.

We thank Your Honor and the Court for its kind considerations and courtesies.

GRANTED.  By **March 3, 2026**, Plaintiff shall file initiate default judgment proceedings in accordance with Attachment A of the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated:  February 26, 2026
         New York, New York

_____
ANALISA TORRES
United States District Judge