UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAY LEE JONES, on behalf of himself and all
others similarly situated,

                              Plaintiffs,

            -against-

KAMAKURA SHIRTS NEW YORK CO., LTD.,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/9/2026_____

25 Civ. 8419 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated February 26, 2026, the Court granted Plaintiff's request for an extension of time to seek a clerk's certificate of default to March 3, 2026.  *See* ECF No. 13.  If Plaintiff wishes to file for default judgment, Plaintiff shall initiate default judgment proceedings in accordance with Attachment A of the undersigned's Individual Practices in Civil Cases by **April 9, 2026**.

            SO ORDERED.

Dated: March 9, 2026
            New York, New York

_____
            ANALISA TORRES
            United States District Judge